IN THE MATTER OF N.W.S., A CHILD

NO. 07-05-0223-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

SEPTEMBER 29, 2005

______________________________

IN THE MATTER OF N.W.S., A CHILD

_________________________________

FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 90-531,436; HONORABLE DAVID GLEASON, JUDGE

_______________________________

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

MEMORANDUM OPINION

Appellant Chester Wayne Sullivan perfected this appeal from the trial court’s order regarding child support.  The reporter’s record was filed on July 28, 2005, but the clerk’s record has yet to be filed.  On August 25, 2005, Deputy District Clerk Danette White filed a motion for extension of time indicating appellant had not paid nor made arrangements to pay for the clerk’s record.  In response, an extension of time was granted to October 13, 2005, and appellant’s counsel was directed to certify to this Court on or before September 19, 2005, compliance with Rule 35.3(a)(2) of the Texas Rules of Appellate Procedure.  Counsel was notified that failure to comply might result in dismissal.  

Counsel did not respond to this Court’s directive and the clerk’s record remains outstanding.  Accordingly, pursuant to Rules 37.3(b) and 42.3(c) the appeal is dismissed.

Don H. Reavis

     Justice